TUNIS R. THOMAS, Respondent, *v.* SARATOGA ASSOCIATION FOR THE IMPROVEMENT OF THE BREED OF HORSES, Appellant.

(Argued October 4, 1929; decided October 22, 1929.)

*John J. Scully* for appellant.

*Charles M. Hughes* and *James W. Liddle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.